In the Matter of RAMON ALVAREZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.

Submitted December 21, 2009; decided February 16, 2010

Motion for reconsideration of this Court's October 22, 2009 dismissal order denied [*see* 13 NY3d 823 (2009)].

JASON ANDREWS, Respondent, v NORTHWEST AUTO MALL et al., Appellants.

Submitted December 28, 2009; decided February 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

LESLIE BARNAVE, Appellant, v UNITED AMBULETTE, INC., et al., Respondents.

Submitted December 14, 2009; decided February 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JOHN CHAMBERS et al., Plaintiffs, and PETER LEIDEL et al., Appellants, v OLD STONE HILL ROAD ASSOCIATES et al., Respondents.

Decided February 16, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution, and is not a nonfinal order which is appealable as of right within the Court of Appeal's practice for enforcement of its remittitur.